IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY WAYNE FRANKLIN, JR.**                                                    **PLAINTIFF**

V.                                                           CIVIL ACTION NO. 1:15-CV-293-MTP

**CAROLYN W. COLVIN**                                                             **DEFENDANT**

## FINAL JUDGMENT

This matter having come before the Court on the Motion for Summary Judgment [14] filed by Plaintiff, and a decision having been duly rendered by separate Opinion and Order, the Court finds that this matter should be dismissed with prejudice.

The Plaintiff is hereby notified that, pursuant to rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

THIS the 6th day of October, 2016.

_____
Michael T. Parker
United States Magistrate Judge